UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTELOP INC., a California corporation,<br><br>　　　　Defendant. | Case No: C 09-4535 SBA<br><br>**JUDGMENT AND PERMANENT STIPULATION** |

　　　　Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment and Permanent Injunction Against Defendant Interlop Inc., final judgment shall be entered in favor of Intel Corporation (Intel) against Intelop Inc. (Intelop).

　　　　Intelop and its owners, officers, employees, agents, representatives, and all other persons or entities in active concert or participation with Intelop, shall be, and hereby are, PERMANENTLY ENJOINED and RESTRAINED from:

　　　　1.　　Using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to this mark, including, without limitation, any trade name and trademark incorporating the name "Intelop";

　　　　2.　　Doing any act or thing reasonably calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, which is likely to deceive members of the public or prospective customers into believing that there is some connection between Intelop and Intel;

| | |
|---|---|
| 1 | Pursuant to 15 U.S.C. § 1118, Intelop shall deliver for destruction, or show proof of destruction or sufficient modification to eliminate the matter infringing the INTEL mark, all articles and items in the possession, custody or control of Intelop or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the "Intelop" trade name and trademark, both alone and in combination with other words or terms. |

Pursuant to 15 U.S.C. § 1118, Intelop shall deliver for destruction, or show proof of destruction or sufficient modification to eliminate the matter infringing the INTEL mark, all articles and items in the possession, custody or control of Intelop or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the "Intelop" trade name and trademark, both alone and in combination with other words or terms.

Intelop shall cease use of the domain name www.intelop.com and remove all content from its website that is inconsistent with this injunction.

Intelop shall take all steps necessary to cancel or remove the name "Intelop Inc." from the business records of California (and any other areas in which Intelop is licensed to do business) and otherwise take all steps necessary to change Intelop's business name.

IT IS SO ORDERED.

Dated:  February 25, 2010

                                _Saundra B. Armstrong_
                                SAUNDRA BROWN ARMSTRONG
                                United States District Judge